UNCLASSIFIED//FOR PUBLIC RELEASE

FILED WITH THE
COURT SECURITY OFFICER
CSO: _____
DATE: _____

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

)
HASSAN MOHAMMED ALI )
BIN ATTASH, )
                  )
         Petitioner, )
                  )       **Civil No. 05-1592 (RCL)**
      v. )
                  )
BARACK OBAMA, *et al.*, )
                  )
         Respondents. )
)

## ORDER

Now before the Court is respondents' Unopposed Motion [229] for Leave to Provide a

Substitute for Certain Documents. The subject of this motion is a collection of documents,

discovered during respondents' search of reasonably available information indicating that one of

███████████████████████████████████████████████████████

███████████ Upon consideration of this motion, it is hereby

ORDERED that respondents may provide the Declaration of Counsel attached to

respondents' Motion [229] as a substitute for those ████ Documents that are neither

exculpatory nor otherwise responsive to the Court's discovery orders in this case ████

████████████████

10/5/09

Date

Chief Judge Royce C. Lamberth
United States District Judge